CARLESON v. OMAHA WATER CO. et al.

(Supreme Court, Appellate Division, First Department. November 3, 1911.)

Action by Frederick Carleson, suing on behalf of himself and all others similarly situated, against the Omaha Water Company and the Farmers' Loan & Trust Company, as trustee. Submission of a controversy on an agreed state of facts. Judgment for plaintiff.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Frederick Beltz, Jr. (Frederick Geller, of counsel), for plaintiff.

Geller, Rolston & Horan, for defendant Farmers' Loan & Trust Co.

Lord, Day & Lord (Howard Mansfield, of counsel), for defendant Omaha Water Co.

CLARKE, J. The plaintiff is the owner and holder of $2,000 in amount of the consolidated bonds of the Omaha Water Company, secured by its mortgage executed and delivered to the Farmers' Loan & Trust Company, as trustee. The questions submitted are similar to those presented in Harnickell v. Omaha Water Company and Guaranty Trust Company of New York, 131 N. Y. Supp. 489, and for the reasons stated in the opinion therein handed down this day, judgment should be for the plaintiff as prayed in the complaint, with costs.

INGRAHAM, P. J., and SCOTT and DOWLING, JJ., concur. LAUGHLIN, J., dissents.